# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

VITALY SHEVYAKOV,

                Petitioner,

     v.

JEFFERSON SESSIONS, et al.,

                Respondents.

Case No. C17-923-JCC-JPD

ORDER APPOINTING FEDERAL PUBLIC DEFENDER

This is a 28 U.S.C. § 2241 immigration habeas action. Petitioner has filed a motion to appoint counsel. Dkt. 5. Having considered petitioner's request, his financial eligibility, and the balance of the record, the Court finds and ORDERS:

(1) The Court is in receipt of a letter from the Federal Public Defender's Office indicating that this case falls within the class of cases potentially governed by *Zadvydas v. Davis*, 533 U.S. 678 (2001). Because of the complex issues involved in this case, the interests of justice require that counsel be appointed for petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). As required by statute, petitioner has demonstrated that he is financially eligible for such appointment. *See id.* Accordingly, petitioner's request for appointment of counsel, Dkt. 5, is GRANTED. The

Court appoints the Office of Federal Public Defender and attorney Corey Endo to represent petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to petitioner, to the Federal Public Defender, to counsel for respondents, and to the Honorable John C. Coughenour.

Dated this 11th day of July, 2017.

*James P. Donohue*
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER APPOINTING FEDERAL
PUBLIC DEFENDER - 2