UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VITALY SHEVYAKOV, | CASE NO. C17-0923-JCC |
| Petitioner, | ORDER |
| v. | |
| JEFFERSON SESSIONS, *et al.*, | |
| Respondents. | |

Having reviewed the report and recommendation of the Honorable James P. Donohue (Dkt. No. 13), Chief United States Magistrate Judge, the lack of objections thereto, and the remaining record, the Court ORDERS:

(1) The Court ADOPTS the report and recommendation (Dkt. No. 13);

(2) The parties' stipulated dismissal (Dkt. No. 12) is GRANTED;

(3) This action is DISMISSED with prejudice;

(4) Each side shall bear their own fees and costs;

(5) Respondents' motion to dismiss (Dkt. No. 9) is DENIED as moot; and

(6) The Clerk shall send copies of this order to the parties and to Judge Donohue.

//

//

//

1 DATED this 17th day of August, 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE